finmgt 10/05

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

In Re:  *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Mervin Michael McKnight**
 13518 Whitewater Road
Poway, CA 92064
xxx−xx−5521
*No Known Aliases*

Case number:  11−02010−LT7
Chapter:  7
Judge  Laura S. Taylor

# NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION

# OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. §727). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, the debtor(s) must complete and file *Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) and Certificate of Debtor(s) Education*.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that *Official Form 23 Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management*, must be accompanied by the *Certificate of Debtor(s) Education* and filed before a discharge can be entered. Debtor(s) and/or debtor(s) attorney is/are hereby notified that the Debtor(s) must file Official Form 23 and Certificate of Debtor(s) Education by 5/10/11. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23 and Certificate of Debtor(s) Education, the Debtor(s) must pay the full reopening fee due for filing the motion.

This requirement can be completed at any time before the deadline and it is highly recommended that the debtor(s) complete this requirement as soon as possible to avoid missing the deadline. The Personal Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Personal Financial Management Course Certification and Official Form 23 are a separate filing requirement.

Dated:  3/26/11

Barry K. Lander
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

In re:                                                              Case No. 11-02010-LT
Mervin Michael McKnight                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0974-3            User: admin              Page 1 of 1              Date Rcvd: Mar 28, 2011
                                Form ID: finmgt          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2011.
db         +Mervin Michael McKnight,    13518 Whitewater Road,    Poway, CA 92064-5227
aty        +Carl Lux,   Carl Lux, Attorney at Law,    2135 Santa Anita Avenue,    Altadena, CA 91001-2916
tr         +Nancy Wolf,    P.O. Box 420448,   San Diego, CA 92142-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             E-mail/Text: ustp.region15@usdoj.gov Mar 29 2011 00:28:55      United States Trustee,
                 Office of the U.S. Trustee,   402 West Broadway, Suite 600,   San Diego, CA  92101-8511
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2011**                    **Signature:**    _Joseph Speetjens_